IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: JOHN WILLIAM ERWIN JR  CASE NO: 4:08-bk-16924 E
DEBTOR  CHAPTER 13

## CHAPTER 13 ORDER OF DISMISSAL
## FOR FAILURE TO MAKE PLAN PAYMENTS

Before the court is the Motion to Dismiss filed by the Trustee on June 29, 2010, as a result of the debtor's failure to make plan payments in accordance with the plan. The motion was set for hearing on August 03, 2010. The debtor did not appear and the debtor's attorney did appear.

For cause shown, the court finds that the debtor has failed to make payments pursuant to the plan. Therefore, the case should be, and hereby is, dismissed.

IT IS SO ORDERED.

Date: August 05, 2010   /s/ Audrey R. Evans
  Audrey R. Evans
  United States Bankruptcy Judge

cc: Joyce Bradley Babin, Trustee

 Lyndsey D. Dilks
 The Brad Hendricks Law Firm
 500 'C' Pleasant Valley Drive
 Little Rock, AR  72227

 John William Erwin Jr
 6205 Kelly Road
 North Little Rock, AR  72118

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: JOHN WILLIAM ERWIN JR  CASE NO: 4:08-bk-16924 E
DEBTOR  CHAPTER 13

## CHAPTER 13 ORDER OF DISMISSAL
## FOR FAILURE TO MAKE PLAN PAYMENTS

Before the court is the Motion to Dismiss filed by the Trustee on June 29, 2010, as a result of the debtor's failure to make plan payments in accordance with the plan. The motion was set for hearing on August 03, 2010. The debtor did not appear and the debtor's attorney did appear.

For cause shown, the court finds that the debtor has failed to make payments pursuant to the plan. Therefore, the case should be, and hereby is, dismissed.

IT IS SO ORDERED.

Date: August 05, 2010  /s/ Audrey R. Evans
Audrey R. Evans
United States Bankruptcy Judge

cc:  Joyce Bradley Babin, Trustee

Lyndsey D. Dilks
The Brad Hendricks Law Firm
500 'C' Pleasant Valley Drive
Little Rock, AR 72227

John William Erwin Jr
6205 Kelly Road
North Little Rock, AR 72118

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:  JOHN WILLIAM ERWIN JR       CASE NO: 4:08-bk-16924 E
DEBTOR      CHAPTER 13

## CHAPTER 13 ORDER OF DISMISSAL
## FOR FAILURE TO MAKE PLAN PAYMENTS

Before the court is the Motion to Dismiss filed by the Trustee on June 29, 2010, as a result of the debtor's failure to make plan payments in accordance with the plan. The motion was set for hearing on August 03, 2010. The debtor did not appear and the debtor's attorney did appear.

For cause shown, the court finds that the debtor has failed to make payments pursuant to the plan. Therefore, the case should be, and hereby is, dismissed.

IT IS SO ORDERED.

Date:  August 05, 2010      /s/ Audrey R. Evans
     Audrey R. Evans
     United States Bankruptcy Judge

cc:  Joyce Bradley Babin, Trustee

Lyndsey D. Dilks
The Brad Hendricks Law Firm
500 'C' Pleasant Valley Drive
Little Rock, AR  72227

John William Erwin Jr
6205 Kelly Road
North Little Rock, AR  72118